# 622 DECISIONS IN CASES NOT REPORTED.

Burtt Brothers, Respondent, v. William Holland, Appellant.— Judgment affirmed, with costs. All concurred.

Albert J. Picken, Respondent, v. Erskine D. Smith, Appellant. Impleaded with Others.— Judgment and order reversed and a new trial ordered. with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the recovery to the sum of $5,000, in which event the judgment and order, as thus modified, are affirmed, without costs of this appeal to either party. All concurred.

Jesse L. Whiteman, Respondent, v. Waring S. Weed and Others, Appellants.— Judgment modified by reducing the amount thereof fifty-six dollars and forty-five cents, and as thus modified affirmed, without costs of this appeal to either party. All concurred.

Arthur S. Hamilton, Appellant, v. United States Voting Machine Company, Respondent, Impleaded with the American Vote Registering Machine Company.— Judgment affirmed, with costs. All concurred.

Commercial Bank, Appellant, v. Catharina Brandt and Others, Respondents.— Judgment affirmed, with costs. All concurred.

John Koenig, Respondent, v. John Mumm, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain Compensation, etc.— Order confirming award affirmed, with costs. All concurred.

Isaac D. Garrison, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Jonas Woodhead and Another, Respondents, v. Addison R. Smith, Appellant.— Judgment of the County Court affirmed, with costs. All concurred.

Daniel F. Herlehy, Respondent, v. Thomas D. Ferguson, Appellant.— Motion for reargument denied, with ten dollars costs. All concurred.

In the Matter of the Application to Remove Rupp et al.— Report of the referee confirmed and proceeding dismissed, with costs as of an action against the petitioner.

Florence F. Parker, Appellant, v. Willard State Hospital, Respondent.— Order affirmed. All concurred.

In the Matter of the Application of Augustine Aslen to Compel the Payment to Her by Fred H. Baker of Moneys Received by Him as Her Attorney.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Luke Smith, Respondent, v. Edward Yaxley, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event; and the plaintiff required, within twenty days after the service of a copy of this order, to serve a bill of particulars specifying the time and place at which it is claimed the slanderous words were spoken, and also to give the name of at least one person present on such occasion. All concurred.

Mary Baum. Respondent, v. Edward Evans, Appellant.— Judgment and order affirmed, with costs. All concurred.

John F. Diebold v. James Fenton.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. All concurred.

In the Matter of the Petition of George E. Chase, Respondent, to Cancel the Liquor Tax Certificate No. 18,745, Granted to Thomas A. Perew, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of Frederick H. Coman, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,088, Issued to Stranahan Downer, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of Robert Scott, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,089, Issued to Frank J. Oppenheimer, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Maud Edith Barry Kraft, as Committee, etc., of Margaret Sauerwein, an Incompetent Person, Respondent, v. Henry Sauerwein, Appellant. — Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. William R. Keane, Respondent, v. The Common Council of the City of Olean, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of Oscar C. Wood and Others for a Special Town Meeting of the Electors of the Town of Randolph. — Appeal dismissed. Held, that the order is not appealable. All concurred.

Charles E. Pell, as Surviving Partner of the Firm of Dannat & Pell, Respondent, v. Norman J. Fuller, Appellant.— Order affirmed, with ten dollars costs and disbursements. (See O'Brien v. Buffalo Traction Co , 31 App. Div. 632.) All concurred. Williams, J., not sitting.

Eugene L. Turner, Respondent, v. Volney G. Pfluke, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. Held, that the real question to be litigated relates to transactions which took place in the county of Oneida. All concurred.

Herbert J. Nash, Respondent, v. Mary Petrie and Another, Appellants. — Judgment and order affirmed, with costs. All concurred.

Michael H. Shea, as Administrator, etc., of Margaret Birmingham, Deceased, Appellant, v. Great Camp of the Knights of the Maccabees for New York, Respondent. — Judgment and order affirmed, with costs. All concurred. Spring, J., not sitting.

## First Department, April Term, 1900.

Herman Boesenberg, Appellant, v. Emma Boesenberg, Respondent.— Order modified as directed in opinion, and as modified affirmed, without costs.— Appeal from an order granting a motion of the defendant for alimony and counsel fee pending an action for divorce.—

Per Curiam: Notwithstanding the strong array of proof made against this defendant in the affidavits presented by the plaintiff in opposition to the motion for alimony and counsel fee, we are of the opinion that the issue as to her adultery should not be determined upon affidavits and that she should have an opportunity to cross-examine the affiants whose sworn statements so strongly inculpate her. She positively denies having committed any of the acts of adultery with